PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. ANDERSEN, State Bar No. 133491
ASSISTANT U.S. TRUSTEE
ELIZABETH A. LOSSING, State Bar No. 144100
TRIAL ATTORNEY
3685 Main Street, Suite 300
Riverside, CA 92501-2804
Telephone: (951) 276-6990
Fax: (951) 276-6973

JS-6

cc: see G - 75 attached

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BRENDA KAYE WILKINS,<br><br>          Debtors.<br><br>UNITED STATES TRUSTEE,<br>PETER C. ANDERSON,<br><br>          Appellant,<br><br>    v.<br><br>BRENDA KAYE WILKINS,<br><br>          Appellee. | District Court Case No.<br>EDCV 07-00933-DOC<br><br>Bankruptcy Court Case No.<br>RS07-11180MJ<br><br>Chapter 7<br><br>ORDER GRANTING THE STIPULATION FOR DISMISSAL OF APPEAL |

    Pursuant to the Stipulation by and between PETER C. ANDERSON, United States Trustee, Appellant herein ("U.S. Trustee"), by and through the undersigned attorney, and BRENDA KAYE WILKINS, Appellee, by and through her counsel, Leon Bayer of Bayer, Wishman and Leotta, and hereby is as follows:

-1-

1. Appellant Peter C. Anderson, United States Trustee and Appellee Brenda Kaye Wilkins desire to dismiss the appeal before the United States District Court for the Central District of California, numbered 5:07-cv-00933-DOC; and

2. Appellant Peter C. Anderson, United States Trustee and Appellee Brenda Kaye Wilkins agree that each party is to bear his or her own attorneys' fees and costs.

GOOD CAUSE APPEARING,

IT IS ORDERED, ADJUDGED AND DECREED that the Stipulation for Dismissal of Appeal is granted and the appeal from the bankruptcy court is dismissed.

Presented by:

PETER C. ANDERSON
United States Trustee
TERRI H. ANDERSEN
Assistant U.S. Trustee

By: /s/Elizabeth A. Lossing
    Elizabeth A. Lossing
    Trial Attorney

Dated: September 30, 2008

*/s/ David O. Carter*
The Honorable David O. Carter
United States District Court Judge

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

I, Anita Benson, am employed in the County of Riverside, State of California, in the Office of the United States Trustee under the supervision of a member of the bar of this Court at whose direction the service was made. I am over the age of 18 and not a party to the within action; and my business address is 3685 Main Street, Suite 300, Riverside, California 92501-2804.

On, September 29, 2008, I served the foregoing document described as ORDER GRANTING THE STIPULATION FOR DISMISSAL OF APPEAL, on interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States mail at Riverside, California, addressed as follows:

Debtor:
Brenda Kaye Wilkins
1005 N. Center Avenue
Apt 10202
Ontario, CA 91764-5588

Attorney for Debtor:
Leon Bayer
Marcus G. Tiggs
Bayer, Wishman & Leota
888 S. Figueroa Street, Ste 1970
Los Angeles, CA 90017-5468

Chapter 7 Trustee:
Sandra L. Bendon
3943 Irvine Boulevard #329
Irvine, CA 92602

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 29, 2008          /s/Anita Benson
                                     Anita Benson
                                     Legal Clerk

-3-

## SERVICE LIST FOR ENTERED ORDER

SERVED ELECTRONICALLY:

ATTORNEY FOR DEBTOR
Leon Bayer
Marcus G. Tiggs
Bayer, Wishman & Leota
888 S. Figueroa Street
Suite 1970
Los Angeles, CA 90017-5468

CHAPTER 7 TRUSTEE
Sandra L. Bendon
3943 Irvine Boulevard #329
Irvine, CA 9260

Elizabeth A. Lossing
Elizabeth.lossing@usdoj.gov

United States Trustee
Ustpregion16.rs.ecf@usdoj.gov

SERVED BY U. S. MAIL:

DEBTOR(S)
Brenda Kaye Wilkins
1005 N. Center Avenue
Apt 10202
Ontario, CA 91764-5588

# NOTICE PARTY SERVICE LIST

Case No. **EDCV07-0933 DOC**   Case Title **IN RE: BRENDA KAYE WILKINS**

Title of Document **ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL**

| | | | |
|---|---|---|---|
| | ADR | | US Attorneys Office - Civil Division -L.A. |
| ✓ | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ✓ | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | Chief Deputy Admin | | US Marshal Service - Riverside (USMED) |
| | Chief Deputy Ops | | US Marshal Service -Santa Ana (USMSA) |
| | Clerk of Court | | US Probation Office (USPO) |
| | Death Penalty H/C (Law Clerks) | | US Trustee's Office |
| | Dep In Chg E Div | | Warden, San Quentin State Prison, CA |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | MDL Panel | | |
| | Ninth Circuit Court of Appeal | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk **kh**

G-75  (08/08)                             NOTICE PARTY SERVICE LIST